May 13, 2011

Mr. Robert Ruotolo
Busch Ruotolo & Simpson, L.L.P.
100 Crescent Court, Suite 250
Dallas, TX 75201
Ms. Janette Johnson
Janette Johnson & Associates
2601 Welborn Street
Dallas, TX 75219

RE: Case Number: 08-0613
 Court of Appeals Number: 05-07-00340-CV
 Trial Court Number: 04-12807-H

Style: NAFTA TRADERS, INC.
 v.
 MARGARET A. QUINN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |
| |Mr. Roger Townsend|